

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 SEP 24 AM 10:50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VANGIE C. PINKINS | CIVIL ACTION |
| VERSUS | NUMBER: 09-6820 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "D"(5) |

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**

New Orleans, Louisiana, this 27 day of Sept, 2010.

                                        _A.J. McN_____
                                      UNITED STATES DISTRICT JUDGE